UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARION E. COUTTS,<br><br>              Plaintiff,<br>v.<br><br>SENIOR OPERATIONS, LLC d/b/a SENIOR AEROSPACE METAL BELLOWS,<br><br>              Defendant. | Civil Acton No. 19-11373 |

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Pursuant to 28 U.S.C. § 1446, Defendant Senior Operations LLC ("Senior") respectfully submits this Notice of Removal of the instant civil action. As grounds for this removal, Senior states:

1. On or about February 26, 2019, Plaintiff Marion E. Coutts commenced a civil action against Senior in the Norfolk County Superior Court of the Commonwealth of Massachusetts, titled Marion E. Coutts v. Senior Operations, LLC d/b/a Senior Aerospace Metal Bellows, C.A. No. 1982CV00275 (the "State Court Action"). On May 22, 2019, Plaintiff caused a copy of the Complaint and Summons to be served upon Senior.

2. Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served upon Senior to date in the State Court Action are attached to the affidavit of Jeffrey S. McAllister ("McAllister Aff."), submitted herewith, as Exh. A.

3. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed with this Court within thirty (30) days of service of the Summons and Complaint in the State Court Action.

4.     No further proceedings have occurred in the State Court Action. Senior has not served any answer or responsive pleading to the Complaint, nor made any appearance or argument in the State Court Action.

5.     The State Court Action is being removed to this Court on the grounds that original jurisdiction of this Action is in this Court. All of the parties are of diverse citizenship and more than $75,000 is in controversy.

## DIVERSITY JURISDICTION

6.     This Court has original jurisdiction of the State Court Action under the provisions of 28 U.S.C. § 1332, because the parties are diverse and the amount in controversy exceeds $75,000.

7.     Plaintiff is a citizen of Plymouth County, Massachusetts. Exh. A, ¶ 1. Senior is a limited liability company organized under the laws of Delaware with a principal place of business in Bartlett, Illinois. A true and accurate copy of the business entity summary for Senior from the Massachusetts Secretary of the Commonwealth's website, indicating Senior's principal place of business, is attached to the McAllister Aff. as Exh. B.

8.     The amount in controversy exceeds $75,000, as Plaintiff claims that she suffered $107,000 in lost wages, $150,000 in emotional distress damages, and attorney's fees. Exh. A, C.A. Cover Sheet.

9.     Because United States District Courts have original jurisdiction over actions brought by diverse citizens when the amount in controversy is greater than $75,000, pursuant to 28 U.S.C. § 1332(a), removal of this case to this Court under the circumstances herein is proper.

10.    Accordingly, the State Court Action is removable to the Court under 28 U.S.C. § 1441(a)-(b).

11. Venue is proper because the Norfolk County Superior Court of the Commonwealth of Massachusetts, the court where the State Court Action is pending, is embraced within "the district and division" of this Court.  28 U.S.C. § 1441(a).

12. By copy of this document and in accordance with the Certificate of Service, Senior is providing notice to all Parties in the State Court Action, advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

13. Senior submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding Plaintiff has pled claims upon which relief may be granted.

14. Senior will notify the Norfolk County Superior Court and Plaintiff of this Notice of Removal by filing with the Superior Court a Notice of Filing of Notice of Removal.  A copy of that notification, which will be sent to the Norfolk County Superior Court, is attached to the McAllister Aff. as Exh. C.

WHEREFORE, Senior prays that the State Court Action now pending against it in Norfolk County Superior Court of the Commonwealth of Massachusetts be removed therefrom to this Court.

Respectfully submitted,

Senior Operations LLC

By its attorneys,

/s/ Jeffrey S. McAllister
Andrew C. Pickett (BBO # 549872)
Jeffrey S. McAllister (BBO#676301)
Jackson Lewis P.C.
75 Park Plaza
Boston, MA 02116
(617) 367-0025
picketta@jacksonlewis.com
jeffrey.mcallister@jacksonlewis.com

Dated:  June 21, 2019

**CERTIFICATE OF SERVICE**

   This hereby certifies that on this 21st day of June, 2019, a true and accurate copy of the above document was filed with the Court via the ECF system and served upon Plaintiff's counsel via first-class mail.

              /s/ Jeffrey S. McAllister
              Jackson Lewis P.C.